UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROMAINE GORDON,

                     Petitioner,

   -against-

S.A. HOLENIK, et al.,

                     Respondents.
---------------------------------------------------------------X

JUDGMENT
04-CV-3675 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUL 25 2005
TIME A.M. _____ P.M. _____

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on July 22, 2005, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated July 5, 2005; ordering that the petition for a writ of habeas corpus is stayed to allow full exhaustion of petitioner's state court remedies; ordering that petitioner may return to federal court within thirty (30) days after the state courts have completed their review of petitioner's claims or the stay will be vacated <u>nunc pro tunc</u> and the action dismissed; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondents; that the Report and Recommendation of Magistrate Judge Cheryl L. Pollak is adopted; that the petition for a writ of habeas corpus is stayed to allow full exhaustion of petitioner's state court remedies; and that petitioner may return to federal court within thirty (30) days after the state courts have completed their review of petitioner's unexhausted claims or the stay will be vacated <u>nunc pro tunc</u> and the action dismissed.

Dated: Brooklyn, New York
        July 22, 2005

                                                              ROBERT C. HEINEMANN
                                                              Clerk of Court